**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  **IP Address:** 24.187.55.205
**Total Works Infringed:** 37  **ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1B448244B60BF865A054AF74DD6B68EBEF937046 | Vixen | 10/26/2018 21:51:42 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 2 | 07CAE96A19F099040064ED36BAD1EA65E7072BAE | Blacked Raw | 07/13/2018 13:11:26 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 3 | 12405EF8C34C23A19BC7E7618EB2CA14B9E88E98 | Blacked | 06/09/2018 13:36:52 | 06/04/2018 | 07/09/2018 | PA0002109329 |
| 4 | 20861D1CFB76E8A75CBAD1AD1B9D1BD9B2BDF151 | Blacked | 11/04/2018 23:07:01 | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 5 | 209ADEA84CE0566D845611964D4E17054104ACA5 | Tushy | 08/31/2018 21:36:12 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 6 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 11/12/2017 19:37:23 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 7 | 2D0A58AC281F78D3727962D95C09C7F154AE8142 | Blacked Raw | 01/05/2018 17:05:12 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 8 | 3686A7DACD91AD65EA1FE01F6818B096CE493BB7 | Blacked | 01/02/2018 03:39:02 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 9 | 3C2ECF682E82D48E081274FA2B9C4A95AD626BAE | Blacked | 01/07/2018 17:25:42 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 10 | 411399E12D72B77BF41A222B127412F63BE35AB8 | Blacked | 07/02/2018 13:41:46 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 11 | 4B20A7D717BB4F66EA00E5E98038015D9D400FCA | Tushy | 02/16/2018 00:34:49 | 01/16/2018 | 01/24/2018 | PA0002101757 |
| 12 | 50E15D2CBEC667D65E27914E8CD54CFC687BA554 | Vixen | 10/31/2018 12:10:49 | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 13 | 5D6C222C7939BB472D2C17A576870BE41E3BA41A | Blacked Raw | 11/12/2017 19:39:29 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 14 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 03/24/2018 16:51:13 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 15 | 6485D2C06BE7023990B69BE93812D5066B963ED4 | Blacked | 04/21/2018 21:36:09 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 16 | 64D40092B3D528552372E59E9627B7D57E83B443 | Tushy | 09/23/2018 16:14:28 | 09/03/2018 | 11/01/2018 | PA0002143436 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 8BF91BF8EEEB37CEAC4F886B9EB4EC4D86B47BB7 | Blacked Raw | 05/17/2018 21:01:04 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 18 | 8F657D91526524283CB2E7083F4B7E879F3AF880 | Blacked Raw | 06/24/2018 15:09:31 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 19 | 8F9BABAB8966A6FEEDE9DEE43D5DF32500DC8A81 | Tushy | 02/15/2018 23:30:11 | 02/15/2018 | 03/02/2018 | PA0002104881 |
| 20 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 12/31/2017 18:30:00 | 12/22/2017 | 01/23/2018 | PA0002101752 |
| 21 | 958114234F010ED12787587C6B9FA13E19388CF1 | Vixen | 10/26/2018 21:40:30 | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 22 | 95F872C95CEC2C7CDC9733252FB09ADF3ACAED31 | Tushy | 10/08/2018 14:09:10 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 23 | A166E2A1077E24E0827DDE108626335305417B06 | Tushy | 12/10/2017 22:37:02 | 10/13/2017 | 10/19/2017 | PA0002058299 |
| 24 | A94B6B7F8EA91FFB3C7E4B878BDD92F5C0D97069 | Tushy | 03/24/2018 18:29:34 | 03/02/2018 | 04/17/2018 | PA0002116728 |
| 25 | ADD82785B42309D2553855187995CB9103FA0F74 | Vixen | 01/06/2018 19:27:33 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 26 | B3D0AFF7AF8B13A26C8D737D478387C9F742628D | Tushy | 10/26/2018 21:35:38 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 27 | B5C7A67DC70498132C39BBF7E09962DFAC647C5B | Blacked | 02/03/2018 22:58:03 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 28 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | Blacked Raw | 12/31/2017 21:02:54 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 29 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 12/10/2017 21:42:23 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 30 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | Tushy | 04/21/2018 21:42:35 | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 31 | CF7373B976BF078DBB9CE0871213D8469D84358D | Tushy | 10/06/2017 00:50:27 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 32 | D63FB06AF6B302DA4424F4FE9C18954ADA910F75 | Tushy | 06/22/2018 12:15:49 | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 33 | D6F13BDEE809DD8CEC69657278BB06C38E1D6776 | Vixen | 10/26/2018 21:45:19 | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 34 | D870E9A9EFB570C5601C29A4E0E1167ED5E3ABA4 | Tushy | 05/29/2018 13:10:28 | 05/26/2018 | 07/14/2018 | PA0002128078 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | E76043FC752B261DBA59F087B8DF0BA3B95C525E | Blacked Raw | 12/31/2017 21:52:35 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 36 | F68B489D7040C81C847F8C4ADB97413BF7E2A2BD | Blacked | 07/27/2018 13:31:21 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 37 | F6B670D10C8ED78A661CA0D4B4A973935039896A | Blacked Raw | 11/12/2017 19:34:07 | 11/03/2017 | 12/04/2017 | PA0002098024 |